1  HOUMAN CHITSAZ (State Bar #219469)
   NARDELL CHITSAZ & ASSOCIATES LLP
2  999 Fifth Avenue, Suite 230
   San Rafael, California 94901
3  Telephone: (415) 306-5560
   Facsimile:  (415) 455-9482
4  Email:      houman@ncalegal.com

5  Attorneys for Plaintiff UNITED STATES OF
   AMERICA FUTSAL FEDERATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FUTSAL FEDERATION, a California nonprofit corporation, doing business as United States Futsal, U.S. Futsal, and USFF,<br><br>    Plaintiff,<br><br>  vs.<br><br>JON PARRY, an individual, doing business as United States Youth Futsal, U.S. Youth Futsal and United States Adult Futsal; and UNITED STATES YOUTH FUTSAL, a business entity, form and domicile unknown, doing business as United States Youth Futsal, U.S. Youth Futsal and United States Adult Futsal,<br><br>    Defendants. | Case No. 2:17-cv-01428-TLN-EFB<br><br>PLAINTIFF'S *EX PARTE* MOTION FOR CONTINUANCE OF DATE TO COMPLETE SERVICE OF PROCESS |

1

## ORDER

This matter having come before the Court pursuant to Plaintiff's *ex parte* Motion, and the Court finding good cause to grant the requested relief,

IT IS HEREBY ORDERED that Plaintiff is granted an additional 60 days to complete service of process, the new deadline being up to and including December 7, 2017.

Dated: October 10, 2017

Troy L. Nunley
United States District Judge