HOUMAN CHITSAZ (State Bar #219469)
NARDELL CHITSAZ & ASSOCIATES LLP
999 Fifth Avenue, Suite 230
San Rafael, California 94901
Telephone: (415) 306-5560
Facsimile: (415) 455-9482
Email: houman@ncalegal.com

Attorneys for Plaintiff UNITED STATES OF
AMERICA FUTSAL FEDERATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FUTSAL FEDERATION, a California nonprofit corporation, doing business as United States Futsal, U.S. Futsal, and USFF,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JON PARRY, an individual, doing business as United States Youth Futsal, U.S. Youth Futsal and United States Adult Futsal; and UNITED STATES YOUTH FUTSAL, a business entity, form and domicile unknown, doing business as United States Youth Futsal, U.S. Youth Futsal and United States Adult Futsal,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-01428-TLN-EFB<br><br>**ORDER GRANTING UNITED STATES OF AMERICAN FUTSAL FEDERATION AND DEFENDANTS JON PARRY AND UNITED STATES YOUTH FUTSAL'S JOINT MOTION TO CONTINUE THE HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Action Filed:** July 10, 2017 |

1 THIS MATTER having come before the Court pursuant to the parties stipulated Joint Motion to Continue the Hearing Date for Defendants' Motion for Summary Judgment, and the Court finding good cause to grant the requested continuance,

IT IS HEREBY ORDERED that Defendants Jon Parry and United States Youth Futsal's Motion for Summary Judgment, currently on calendar before this Court on March 8, 2018, be continued to April 19, 2018 at 2:00 p.m. in Courtroom 2 of this Court, that the Opposition to this motion be filed on or before April 5, 2018, and the Reply be filed on or before April 12, 2018.

DATED this 20th day of February, 2018.

_____
Troy L. Nunley
United States District Judge